**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **JAVIER SILVA MARCIANO**, <br><br> *Petitioner,* <br><br> v. <br><br> **J.L. JAMISON, Warden, Federal Detention Center, Philadelphia, et al.**, <br><br> *Respondents.* | **Case No. 2:26-cv-03006-JDW** |

## ORDER

**AND NOW**, this 5th day of May, 2026, upon review of Petitioner Silva Marciano's Petition For Writ Of Habeas Corpus (ECF No. 1), it is **ORDERED** that, on or before May 6, 2026 at 12:00 p.m., Respondents shall advise me whether they oppose Mr. Silva Marciano's Petition and, if so, whether they intend to make any arguments other than those the Government made in *Kashranov v. J.L. Jamison*, Case No. 2:25-cv-05555-JDW, 2025 WL 3188399 (E.D. Pa. Nov. 14, 2025) and *Olimov v. Jamison,* No. 2:26-cv-00532-JDW, 2026 WL 596155 (E.D. Pa. Mar. 3, 2026).

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.