**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JAVIER SILVA MARCIANO**, <br><br> *Petitioner*, <br><br> v. <br><br> **J.L. JAMISON, Warden, Federal Detention Center, Philadelphia, et al.**, <br><br> *Respondents.* | **Case No. 2:26-cv-03006-JDW** |

**ORDER**

**AND NOW**, this 7th day of May, 2026, it is **ORDERED** that my Order, dated May 5, 2026 (ECF No. 2) is **VACATED**.

It is further **ORDERED** as follows.

1.      On or before May 8, 2026 at 12:00 p.m., Respondents shall advise me whether they oppose Mr. Silva Marciano's Petition and, if so, whether they intend to make any arguments other than those the Government made in *Kashranov v. J.L. Jamison*, Case No. 2:25-cv-05555-JDW, 2025 WL 3188399 (E.D. Pa. Nov. 14, 2025) and *Olimov v. Jamison*, No. 2:26-cv-00532-JDW, 2026 WL 596155 (E.D. Pa. Mar. 3, 2026).

2.      Petitioner's counsel shall serve the Petition and this Order on Respondents at the following email addresses: desiree.wilkins@usdoj.gov, anthony.stjoseph@usdoj.gov; susan.becker@usdoj.gov,      gregory.david@usdoj.gov,      mark.sherer@usdoj.gov, daniella.lees@usdoj.gov, mansi.shah@usdoj.gov, and eric.wolfish@usdoj.gov.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.